1   LAW OFFICE OF STEWART KATZ
    STEWART KATZ, SBN 127425
2   555 University Avenue, Suite 270
    Sacramento, CA 95825
3   Telephone: 916. 444-5678
    Email: StewartKatzLaw@gmail.com
4
    Attorneys for Plaintiff ANTONIO DEVARD
5

6   CREGGER & CHALFANT LLP
    ROBERT L. CHALFANT, SBN 203051
7   Email: rlc@creggerlaw.com
    WENDY MOTOOKA, SBN 233589
8   Email: wm@creggerlaw.com
    701 University Avenue, Suite 110
9   Sacramento, CA 95825
    Phone: 916.443-4443
10  Fax: 916.443-2124

11  Attorneys for Defendant COUNTY OF
    SACRAMENTO
12

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  ANTONIO DEVARD, | Case No.:  2:16-cv-00159 JAM CKD |
| 17            Plaintiff, | |
| 18        vs. | |
| 19  COUNTY OF SACRAMENTO; DEPUTY GREGORY SMITH (BADGE #42); | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |
| 20  DEPUTY TYRIE McINTYRE (BADGE #592); and DOES 1 through 10, inclusive, | |
| 21 | |
| 22            Defendants. | |

23

24       WHEREAS on January 26, 2016, Plaintiff Antonio Devard filed this action in the United

25  States District Court, Eastern District of California against Defendants County of Sacramento,

26  Deputy Gregory Smith, Deputy Tyrie McIntyre, and Does 1 through 10, inclusive;

27       WHEREAS the case was assigned to United States District Judge John A. Mendez;

28       WHEREAS pursuant to the Court's standing order on filing requirements, counsel for

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; ORDER THEREON
Case No. 2:16-cv-00159 JAM CKD

1

1  Plaintiff and Defendant County met and conferred by phone on February 11, 2016, and agreed on

2  a desire to avoid unnecessary motions practice and to discuss resolution of the case;

3        WHEREAS counsel stipulated that Defendants' deadline to file a response be extended 45

4  days from February 16, 2016, to April 1, 2016;

5        WHEREAS counsel for Defendant County of Sacramento has just received the

6  Complaint;

7        WHEREAS counsel for Defendant County has been working to determine issues of

8  representation of individual Defendants;

9        WHEREAS counsel for Plaintiff and Defendant County are engaged in sincere and

10 earnest settlement negotiation;

11       WHEREAS counsel for the parties wish to avoid unnecessary motions practice and pursue

12 resolution of this matter;

13       THEREFORE, the parties hereby stipulate, by and through their counsel of record, as

14 follows:

15       1.    Upon the Court's approval of this stipulation, Defendants County of Sacramento

16 and Deputies Gregory Smith and Tyrie McIntyre shall have 45 days in which to file a responsive

17 pleading in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

18 Defendants' deadline to file a response is extended until **April 1, 2016**.

19   IT IS SO STIPULATED.

20 DATE: February 11, 2016            LAW OFFICE OF STEWART KATZ

21

22                                    /s/ Stewart Katz
                                      STEWART KATZ
23                                    Attorneys for Plaintiff ANTONIO DEVARD

24 DATE: February 11, 2016            CREGGER & CHALFANT LLP

25

26                                    /s/ Robert L. Chalfant
                                      ROBERT L. CHALFANT
                                      WENDY MOTOOKA
27                                    Attorneys for Defendant COUNTY OF
                                      SACRAMENTO
28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; ORDER THEREON                        2
Case No. 2:16-cv-00159 JAM CKD

1

2

## ORDER

3

After considering the Stipulation by and between the parties through their counsel of

4

record, IT IS HEREBY ORDERED THAT:

5

1.      Defendants County of Sacramento and Deputies Gregory Smith and Tyrie

6

McIntyre shall have until April 1, 2016, to respond to Plaintiff's Complaint in any manner

7

authorized by Rule 12 of the Federal Rules of Civil Procedure.

8

9

**IT IS SO ORDERED.**

10

11

DATE: 2/11/2016                           /s/ John A. Mendez_____

12
                                          HON. JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; ORDER THEREON                    3
Case No. 2:16-cv-00159 JAM CKD