**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff

**CREGGER & CHALFANT LLP**
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443 / Fax: 916.443-2124

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO DEVARD,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO; Deputy GREGORY SMITH (Badge #42 ); Deputy TYRIE MCINTYRE (Badge #592 ); and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____/ | NO. 2:16-CV-00159-JAM-CKD<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

    IT IS HEREBY STIPULATED and agreed by and between Plaintiff ANTONIO DEVARD and Defendants COUNTY OF SACRAMENTO, Deputy GREGORY SMITH, and Deputy TYRIE MCINTYRE , by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF SACRAMENTO, Deputy GREGORY SMITH, and Deputy TYRIE MCINTYRE  be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    Each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated: May 6, 2016                    LAW OFFICE OF STEWART KATZ

                                                  /s/ Stewart Katz
                                                  Stewart Katz
                                                  Attorney for Plaintiff


Dated: May 6, 2016                    CREGGER & CHALFANT LLP


                                                  /s/ Robert L. Chalfant
                                                  Robert L. Chalfant
                                                  Attorneys for Defendants


## ORDER DISMISSING ACTION

**IT IS SO ORDERED.**  This action against Defendants COUNTY OF SACRAMENTO, Deputy GREGORY SMITH, and Deputy TYRIE MCINTYRE is dismissed with prejudice.  All parties to bear its/their own attorneys' fees and costs.


Dated: May 6, 2016                    /s/ John A. Mendez
                                                  UNITED STATES DISTRICT JUDGE